No. 700. SANGAMON VALLEY TELEVISION CORP. ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *D. M. Patrick* for Sangamon Valley Television Corp.; and *William G. Clark,* Attorney General of Illinois, and *M. Brooks Byus,* Assistant Attorney General, for the State of Illinois, petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the United States et al.; *Monroe Oppenheimer* and *Isadore G. Alk* for Signal Hill Telecasting Corp.; and *James A. McKenna, Jr.* and *Vernon L. Wilkinson* for American Broadcasting-Paramount Theatres, Inc., et al., respondents.

No. 721. FAY, WARDEN, *v.* WILLIAMS. Motion to dispense with printing the respondent's brief granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Edward S. Silver* and *William I. Siegel* for petitioner. *Pasco M. Bowman II* for respondent.

No. 336, Misc. SMITH *v.* BOMAR, WARDEN. Supreme Court of Tennessee. Certiorari denied. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

No. 378, Misc. BEREND *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* former Attorney General of Florida, *James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.